UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO.: 04-10374-DPW |
| v. | ) | |
| | ) | VIOLATIONS: |
| | ) | |
| EDUARDO RODRIGUEZ | ) | 18 U.S.C. §922(g)(1) - |
| | ) | Felon in Possession of |
| | ) | Ammunition |

**INDICTMENT**

<u>COUNT ONE</u>:   (Title 18, United States Code § 922(g)(1) - Felon
In Possession Of Ammunition)

The Grand Jury charges that:

On or about August 28, 2004, at Brockton, in the District of Massachusetts,

**EDUARDO RODRIGUEZ,**

defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, to wit, various rounds of .357 magnum caliber ammunition and various rounds of 9mm ammunition, in and affecting commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

**A TRUE BILL**

*/s/ [signature]*
FOREPERSON OF THE GRAND JURY


*/s/ [signature]*
ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS; 12-15, 2004

Returned into the District Court by Grand Jurors and filed.

*/s/ [signature]*
DEPUTY CLERK
12/15/04 @ 2:55pm

§JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                                             **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** II _____  **Investigating Agency** ATF _____

**City** Brockton _____  **Related Case Information:**

**County** Plymouth _____  Superseding Ind./ Inf. _____  Case No. M04-00092-LPC
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Eduardo Rodriguez _____   Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): 1971   SSN (last 4 #): 0685   Sex M   Race: Hispanic   Nationality: U.S.

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Robert E. Richardson _____   Bar Number if applicable _____

Interpreter:   ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes  ☒ No

☐ Warrant Requested       ☐ Regular Process       ☒ In Custody

**Location Status:**

Arrest Date:   August 28, 2004 (state charges) _____

☐ Already in Federal Custody as _____ in _____ .
☒ Already in State Custody   Plymouth Correct. Fac.   ☐ Serving Sentence   ☒ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint       ☐ Information       ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/15/04       Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Eduardo Rodriguez_____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. § 922(g)(1) | Felon in Possession of Ammunition | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**