UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10374-DPW |
| ) | |
| **EDUARDO RODRIGUEZ** ) | |

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America by and through Assistant United States Attorney Robert E. Richardson respectfully represents:

1. That EDUARDO RODRIGUEZ, DOB 9/29/71, is presently incarcerated at the Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, MA, and that on January 10, 2005, he will be incarcerated at that institution.

2. That on January 10, 2005, EDUARDO RODRIGUEZ is scheduled to appear at 2:30 p.m. before the United States District Court for the District of Massachusetts (Cohen, M.J.) for the purpose of an initial appearance in the above captioned matter.

WHEREFORE, petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to be directed to the Sheriff, Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, MA, or to any other person having custody and control of EDUARDO RODRIGUEZ, commanding them to produce EDUARDO RODRIGUEZ before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, Massachusetts, for the purpose of his initial appearance on

January 10, 2005, at 2:30 p.m.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                                      By:_____
                                            ROBERT E. RICHARDSON
                                            Assistant U.S. Attorney
January 7, 2005                      (617)748-3247

ALLOWED:


_____
LAWRENCE P. COHEN
UNITED STATES MAGISTRATE JUDGE

DATED: _____