# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:       **PLYMOUTH COUNTY CORRECTIONAL FACILITY**
              **PLYMOUTH, MA**

YOU ARE COMMANDED to have the body of **EDUARDO RODRIGUEZ** now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, **Courtroom No. 23** , on the **7th floor**, Boston, Massachusetts on **Monday, January 10, 2005, at 2:30 P.M.**, for the purpose of **INITIAL APPEARANCE** in the case of **UNITED STATES OF AMERICA v. EDUARDO RODRIGUEZ, Criminal Number CR 04-10374-DPW.**

And you are to retain the body of said **EDUARDO RODRIGUEZ** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said **EDUARDO RODRIGUEZ** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated:   January 7, 2005

_Lawrence P. Cohen_
UNITED STATES MAGISTRATE JUDGE

By: __/s/ Maria Simeone__
      Deputy Clerk