UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>UNITED STATES OF AMERICA</u>
        Plaintiff

v.     Case Number: <u>CR 04-10374-DPW</u>

<u>EDUARDO RODRIGUEZ</u>
        Defendant

**ORDER OF INTERIM REASSIGNMENT OR REFERRAL**
**January 27, 2005**

SWARTWOOD, CMJ

    The above captioned case, previously assigned to Magistrate Judge Lawrence P. Cohen, is reassigned or referred to Magistrate Judge <u>   Judith G. Dein   </u> solely for the purpose of handling any emergency matters that may arise between this date and the date of appointment of the Court's new Magistrate Judge.

    Until such time as the case is permanently reassigned or referred to the new Magistrate Judge, all documents filed with this court should be labeled with the case number followed by Magistrate Judge Cohen's initials <u>and</u> the initials of the interim Magistrate Judge. (Example: 04-10001-LPC/JGD)  Should any emergency business arise, counsel are directed to contact the courtroom clerk for the interim Magistrate Judge.

                                    /s/ *Charles B. Swartwood* III
                                    Charles B. Swartwood III
                                    Chief Magistrate Judge