UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10374-DPW

UNITED STATES OF AMERICA

v.

EDUARDO RODRIGUEZ

ORDER AND INTERIM STATUS REPORT

April 25, 2005

SOROKIN, M.J.

An Interim Status Conference was held before this Court pursuant to the provisions of Local Rule 116.5. Based on that Conference the Court enters the following report and orders.

1. Defendant has filed a letter requesting the additional discovery he seeks. Counsel will appear on May 23, 2005 at 2:30 to discuss whether a discovery motion will be filed and, if necessary, to establish a date for filing such a motion.

2. Counsel agreed to defer setting a date for expert disclosures until the Second Interim Status Conference.

3. Defendant anticipates filing motion(s) to suppress. A date for filing will be established at or after the next conference.

4. The parties agree and the Court find, pursuant to the provisions of 18 U.S.C. sec 3161(h)(8) and Local Rule 112.2, that the interests of justice, i.e review of the case, review of the evidence, investigation, informal exchange of discovery, and consideration of how best to proceed with this matter, outweighs the bests interests of the public and the defendant for a trial within seventy days of the return of the Indictment. Accordingly, the Court Orders that the time from April 25, 2005 through and including May 23, 2005 is excluded from the Speedy Trial Clock. The Court notes that each day from the date of the arraignment until April 25, 2005 has previously been excluded.

/s/ Leo T. Sorokin
LEO T. SOROKIN
United States Magistrate Judge

Q:\2005Criminal\04cr10374 Rodriguez Interim.wpd