AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

EDUARDO RODRIGUEZ

**WARRANT FOR ARREST**

CASE NUMBER: 04-M 0007

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    EDUARDO RODRIGUEZ
                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
being a felon in possession of ammunition

in violation of
Title     18     United States Code, Section(s)  922(g)(1)

LAWRENCE P. COHEN                              UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                           Title of Issuing Officer

_[signature]_                                   12-07-2004    Boston, Massachusetts
Signature of Issuing Officer                      Date and Location

Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.