UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.                                        CRIMINAL NO.
                                            04-10374-DPW

EDUARDO RODRIGUEZ

## **NOTICE OF SCHEDULING PRETRIAL CONFERENCE**

WOODLOCK, District Judge

    Take notice that the above-entitled case has been scheduled for a Status Conference/Initial Pretrial Conference pursuant to Local Rule 117.1, **ON JULY 26, 2005 AT 3:00 P.M.**, in Courtroom #1 on the 3RD floor before the Honorable Douglas P. Woodlock.

    By **JULY 19, 2005**, the parties shall, **ELECTRONICALLY,** file a Status report indicating the current status of the case, including 1) proposed trial dates, suppression hearing dates, or Rule 11 dates; 2) whether there are any pending or contemplated motions; 3) whether all or any portion of the case will be resolved short of trial; <u>4) whether any defendant requests an interpreter (and state the language requested)</u>, 5) whether any defendant is in federal or state custody or on release, and 6) whether any defendant is a fugitive, and 7) any other matters which should be addressed at the conference.

                                                          BY THE COURT,

                                                          <u>/s/ Michelle Rynne</u>
                                                          Deputy Clerk

DATED: June 16, 2005