UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 04-10374-DPW |
| ) | |
| EDUARDO RODRIGUEZ ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO FILE MOTION TO SUPPRESS**

Defendant Eduardo Rodriguez hereby moves for an extension of time to file a motion to suppress. As grounds for this motion, Mr. Rodriguez states that due to the press of other professional matters, undersigned counsel is unable to meet the court's deadline of July 8, 2005 for the filing of a motion to suppress. Counsel will be on vacation with his family from July 9 through July 24 and requests two weeks once counsel returns from vacation to file the motion to suppress, to and including August 8, 2005. That filing date should not prejudice an party and should not significantly delay the proceedings in this matter.

EDUARDO RODRIGUEZ
By his attorney,

/s/ *E. Peter Parker*
E. Peter Parker
B.B.O. #552720
One Commercial Wharf North
Second Floor
Boston, MA  02110
(617) 742-9099

<u>Certificate of Service</u>

      I, E. Peter Parker, certify that I served a copy of this pleading on AUSA Robert Richardson on July 5, 2005.

                                                    /s/ *E. Peter Parker*
                                                    E. Peter Parker