UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-10374-DPW |
| | ) |
| **EDUARDO RODRIGUEZ** | ) |

### MOTION TO CONTINUE PRETRIAL CONFERENCE

The government respectfully moves that this Court continue the pretrial conference in this matter from July 26, 2005 at 3:00 p.m. to a date and time convenient to the Court subsequent to August 22, 2005. As grounds therefor, the government states that undersigned counsel, who is responsible for the prosecution of this matter, will be on vacation during the week of July 24, 2005, and (hopefully) the week of August 1, 2005. The Court recently allowed the defendant's motion to enlarge to August 8, 2005, the defendant's time to file his motion to suppress evidence. By continuing the pretrial conference to a date and time after the government's response to said motion will be due – August 22, 2005 – the Court and the parties will be able to address at the conference what, if any, additional proceedings are required in connection with the defendant's motion.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:  /s/Robert E. Richardson
     ROBERT E. RICHARDSON
     Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                        Boston, Massachusetts
                                                    July 19, 2005

    I, ROBERT E. RICHARDSON, hereby certify that I have caused a true copy of the foregoing to be served by electronic filing on E. Peter Parker, Esq., counsel of record for defendant Eduardo Rodriguez.

                                                /s/ Robert E. Richardson
                                                ROBERT E. RICHARDSON
                                                Assistant U.S. Attorney