✑AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF            MASSACHUSETTS

| UNITED STATES V. EDUARDO RODRIGUEZ | | | | | **EXHIBIT AND WITNESS LIST** Case Number: 04-10374DPW |
|---|---|---|---|---|---|
| PRESIDING JUDGE SOROKIN | | | PLAINTIFF'S ATTORNEY R. RICHARDSON | | DEFENDANT'S ATTORNEY P. PARKER |
| TRIAL DATE (S) DTN HRG -8/9/05 | | | COURT REPORTER DIGITAL | | COURTROOM DEPUTY MS |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| X | | 8/9/05 | | X | ROBERT WHITE- ATF AGENT |
| 1 | | 8/9/05 | X | X | 8/28/04 BROCKTON POLICE REPORT |
| 2 | | 8/9/05 | X | X | REPORT BY AGENT WHITE RE: INTERVIEW WITH E RODRIGUEZ |
| | A | 8/9/05 | X | X | DRUG CERTIFICATE |
| | B | 8/9/05 | X | X | COPY OF MOTION TO DISMISS IN STATE COURT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages