UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>EDUARDO RODRIGUEZ       ) | Criminal No.  04-10374-DPW |

**DEFENDANT'S ASSENTED-TO MOTION FOR LEAVE TO FILE
MOTION TO SUPPRESS THREE DAYS LATE**

Defendant Eduardo Rodriguez hereby moves, with the assent of the government, for leave to file his Motion to Suppress All Fruits Of Warrantless Search three days late. As grounds for this motion, Mr. Rodriguez states that undersigned counsel was unable to travel to Plymouth to obtain the signature of Mr. Rodriguez on an affidavit filed in support of the motion to suppress in advance of the due date of August 8, 2005 for the filing of the motion.  Mr. Rodriguez was brought to Boston for a detention hearing on August 9, 2005 and signed the affidavit at that point.

The government, through Assistant United States Attorney Robert Richardson, assents o the late-filing of the motion to suppress.

                                                    EDUARDO RODRIGUEZ
                                                    By his attorney,

                                                    /s/ *E. Peter Parker*
                                                    E. Peter Parker
                                                     B.B.O. #552720
                                                   One Commercial Wharf North
                                                   Second Floor
                                                   Boston, MA  02110
                                                   (617) 742-9099

Certificate of Service

      I, E. Peter Parker, certify that I served a copy of this pleading on AUSA Robert Richardson on August 11, 2005.

/s/ <i>E. Peter Parker</i><br>E. Peter Parker