UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>EDUARDO RODRIGUEZ        ) | Criminal No.  04-10374-DPW |

### DEFENDANT'S MOTION TO SUPPRESS ALL
### FRUITS OF WARRANTLESS SEARCH

Defendant Eduardo Rodriguez hereby moves to suppress all evidence obtained as a result of the August 28, 2004 search at 285 Green Street, Brockton, Massachusetts, including all custodial statements attributed to Mr. Rodriguez at all times after he was confronted by police officers.  As grounds for this motion, Mr. Rodriguez states that the warrantless search violated his rights under the Fourth Amendment to the United States Constitution.  Mr. Rodriguez further refers the court to the supporting memorandum of law submitted with this motion.

                                        EDUARDO RODRIGUEZ
                                          By his attorney,

                                        /s/ *E. Peter Parker*
                                        E. Peter Parker
                                         B.B.O. #552720
                                        One Commercial Wharf North
                                        Second Floor
                                        Boston, MA  02110
                                        (617) 742-9099

<u>Certificate of Service</u>

  I, E. Peter Parker, certify that I served a copy of this pleading on AUSA Robert Richardson on August 11, 2005.

<u>/s/ *E. Peter Parker*</u>
E. Peter Parker
