✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.

EDUARDO RODRIGUEZ

**EXHIBIT AND WITNESS LIST**

Case Number: 04-10374

| PRESIDING JUDGE<br>LTS | PLAINTIFF'S ATTORNEY<br>RR | DEFENDANT'S ATTORNEY<br>PP |
|---|---|---|
| TRIAL DATE (S)<br>DTN HRG 8/15/05 | COURT REPORTER | COURTROOM DEPUTY<br>MS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|   |   |   |   |   | CONTINUED FROM 8/9/05 DTN HRG |
| 3 |   | 8/16/05 | X |   | GOVTS RECEIPT FOR DRUG EVIDENCE |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages