UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-10374-DPW |
| | ) |
| **EDUARDO RODRIGUEZ** | ) |

**STATUS REPORT**

The parties respectfully report on the status of this matter as follows:

1. The parties propose the following dates for the hearing on the defendant's motion to suppress: a date during the first week of October.

2. The defendant's motion to suppress statements and evidence was filed on August 11, 2005. In the event the matter proceeds to trial, the parties may file motions in limine or other appropriate trial motions.

3. It does not appear at this juncture that the case will be resolved short of trial.

4. The defendant does not request an interpreter.

5. The defendant is in federal custody pending trial.

6. There is a single defendant who is not a fugitive.

7. The parties do not intend to raise other matters which

should be addressed at the conference.

                                          Respectfully submitted,

| | |
|---|---|
| EDUARDO RODRIGUEZ | MICHAEL J. SULLIVAN |
| | United States Attorney |
| By: /s/E. Peter Parker (rer) | By: /s/Robert E. Richardson |
|     E. PETER PARKER |     ROBERT E. RICHARDSON |
|     Counsel for Defendant |     Assistant U.S. Attorney |

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                    Boston, Massachusetts
                                                July 19, 2005

    I, ROBERT E. RICHARDSON, hereby certify that I have caused a true copy of the foregoing to be served by electronic filing on E. Peter Parker, Esq., counsel of record for defendant Eduardo Rodriguez.

                                          /s/ Robert E. Richardson
                                          ROBERT E. RICHARDSON
                                          Assistant U.S. Attorney