➘AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____  EXHIBITS

| UNITED STATES | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| EDUARDO RODRIQUEZ | Case Number:  04-10374-DPW |

| PRESIDING JUDGE  WOODLOCK | PLAINTIFF'S ATTORNEY  RICHARDSON | DEFENDANT'S ATTORNEY  PARKER |
|---|---|---|
| TRIAL DATE (S)  10/14/05 | COURT REPORTER  OWENS | COURTROOM DEPUTY  RYNNE |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 10/14/05 | X | X | CASSETTE TAPE RECORDING OF POLICE COMMUNICATIONS |
| 2 | | 10/18/05 | X | X | PICTURE OF BEDROOM SHOWING AMMUNITION BOXES |
| 3 | | 10/18/05 | X | X | PICTURE OF AMMUNITION BOXES |
| | 4 | 10/18/05 | ID only | | BROCKTON POLICE DEPARTMENT ARREST REPORT |
| | 5 | 10/18/05 | X | X | PICTURE OF AMMUNITION BOXES ON BED |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages