≊AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     WITNESS

**UNITED STATES**
**V.**
**EDUARDO RODRIQUEZ**

**EXHIBIT AND WITNESS LIST**

Case Number: 04-10374-DPW

| PRESIDING JUDGE<br>WOODLOCK | | PLAINTIFF'S ATTORNEY<br>RICHARDSON | | | DEFENDANT'S ATTORNEY<br>PARKER |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>10/14/05 | | COURT REPORTER<br>OWENS | | | COURTROOM DEPUTY<br>RYNNE |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 10/14/05 | | | Richard Gaucher, Brockton Police Officer |
| X | | 10/14/05 | | | Jesse Drane, Jr. Brockton Police Officer |
| X | | 10/18/05 | | | Officer Kirby, Brockton Police Officer |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.