U.S. Department of Justice

Federal Bureau of Prisons

*Designation & Sentence Computation Center*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

February 7, 2007

The Honorable Douglas P. Woodlock
Judge of the U.S. District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

**Re: RODRIGUEZ, Eduardo**
       Reg. No. 25479-038
       Docket No. 1:04CR10374-01-DPW

Dear Judge Woodlock:

   This is in response to the Court's recommendation that Eduardo Rodriguez serve his term of confinement at the federal facility in Fort Dix, New Jersey. The Court also recommended he participate in the Residential Drug Abuse Program (RDAP). Mr. Rodriguez was sentenced in your court to a 70-month term for Felon in Possession of Ammunition.

   Unfortunately, we were unable to follow all of the Court's recommendations. Mr. Rodriguez has been classified as a medium security level offender. The facility recommended by the Court houses minimum and low security level offenders. Accordingly, Mr. Rodriguez has been designated to the Beckley medium security level facility in Beaver, West Virginia. Staff there will encourage him to participate in the RDAP, if determined eligible under the established program criteria.

   Although we were unable to follow all of the Court's recommendations in this case, please be assured of our continued commitment to satisfy judicial recommendations whenever possible.

                                       Sincerely,

                                       Rebecca Tamez
                                       Chief

cap
cc:  Warden, FCI Beckley